# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOHN KORMAN** and **PAMELA KORMAN,**
Appellant,

v.

**AURORA LOAN SERVICES, LLC** substituted by **WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL OR BANKING CAPACITY BUT SOLELY AS TRUSTEE FOR SRMOF II 2001-1 TRUST,**
Appellee.

No. 4D21-927

[May 13, 2021]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Hardy Gillman, Judge; L.T. Case No. 502009CA017057.

John Korman and Pamela Korman, Boca Raton, pro se.

Adam J. Knight and Jacqueline Simms-Petredis of Burr & Forman LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***